

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00465-CR

Randall Dwight **HURST**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 54th Judicial District Court, McLennan County, Texas
Trial Court No. 2012-1949-C1
Honorable Ralph T. Strother, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 28, 2014.

_____
Patricia O. Alvarez, Justice